# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

——————

No. 03-2183

——————

United States of America,       *

     *

       Appellee,       *

     *     Appeal from the United States

    v.       *     District Court for the Southern

     *     District of Iowa.

Robert Charles Zimmerman,       *

     *        [UNPUBLISHED]

       Appellant.       *

——————

Submitted: March 1, 2005
Filed: June 6, 2005

——————

Before MORRIS SHEPPARD ARNOLD, HEANEY, and RILEY, Circuit Judges.

——————

PER CURIAM.

The Supreme Court of the United States granted certiorari in this case, vacated our judgment, and remanded the case to us for reconsideration in light of *United States v. Booker*, 125 S. Ct. 738 (2005). *See Zimmerman v. United States*, 125 S. Ct. 1021 (2005), *granting cert. and vacating judgment in United States v. Zimmerman*, No. 03-2183, 2004 WL 406094 (March 5, 2004) (unpublished per curiam). In *Booker*, 125 S. Ct. at 749-51, the Court held that sentence enhancements based solely on facts found by a court under mandatory federal sentencing guidelines violate the sixth amendment, which the Court then remedied by making the sentencing guidelines advisory rather than mandatory, *id.* at 764.

We have examined the relevant record and conclude that the defendant, Robert Zimmerman, did not preserve a *Booker* issue, and that he is not entitled to plain-error relief because he cannot show that his substantial rights were affected, *see United States v. Pirani*, 406 F.3d 543, 550-53 (8th Cir. 2005) (en banc). We therefore conclude that *Booker* did not affect our previous opinion in this case. Accordingly we reinstate our prior opinion and again affirm the sentence imposed by the district court.[1]

_____

[1]The Honorable Robert W. Pratt, United States District Judge for the Southern District of Iowa.